UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARMEN FRYE,**

        **Plaintiff,**

v.                                    **Case No:  6:17-cv-1780-Orl-41DCI**

**CREDIT ONE BANK, N.A.,**

        **Defendant.**

                                            /

### ORDER

THIS CAUSE is before the Court on Defendant's Motion to Dismiss and Compel Arbitration (Doc. 17), wherein Defendant requests an order compelling arbitration and dismissing this lawsuit with prejudice. Plaintiff filed a Notice of Non-Objection to Defendant's Motion (Doc. 18). It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion to Dismiss and Compel Arbitration (Doc. 18) is **GRANTED**. Plaintiff shall submit all claims to binding arbitration in accordance with Plaintiff's Cardholder Agreement.

2. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record